JS 44 (Rev. 12/07) (cand rev 1-16-08)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

### I. (a) PLAINTIFFS

The Board of Trustees of the Leland Stanford Junior University

### DEFENDANTS

Stanford Rehab Medical Group

**(b)** County of Residence of First Listed Plaintiff Santa Clara County
(EXCEPT IN U.S. PLAINTIFF CASES)

E-FILING

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Christopher R. Ball   Telephone: (415) 983-7231
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street, P.O. Box 7880
San Francisco, California 94129-7880

County of Residence of First Listed Defendant   Santa Clara County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

C08   02117

ADR

EDL

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                        and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury— | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product | Med. Malpractice | [ ] 625 Drug Related Seizure | 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | Liability | [ ] 365 Personal Injury — | of Property 21 USC 881 | | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment | [ ] 320 Assault, Libel & | Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| & Enforcement of Judgment | Slander | [ ] 368 Asbestos Personal | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' | Injury Product | [ ] 650 Airline Regs. | [ ] 830 Patent | Corrupt Organizations |
| [ ] 152 Recovery of Defaulted | Liability | Liability | [ ] 660 Occupational | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| Student Loans | [ ] 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | [ ] 490 Cable/Sat TV |
| (Excl. Veterans) | [ ] 345 Marine Product | [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment | Liability | [ ] 371 Truth in Lending | | | [ ] 850 Securities/Commodities/ |
| of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle | Property Damage | [ ] 710 Fair Labor Standards | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge |
| [ ] 190 Other Contract | Product Liability | [ ] 385 Property Damage | Act | [ ] 862 Black Lung (923) | 12 USC 3410 |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury | Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | | | [ ] 730 Labor/Mgmt.Reporting | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| | | | [ ] 740 Railway Labor Act | | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate | [ ] 790 Other Labor Litigation | | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | Sentence | [ ] 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ | **Habeas Corpus:** | Security Act | | Act |
| [ ] 240 Torts to Land | Accommodations | [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff | [ ] 900 Appeal of Fee |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 535 Death Penalty | | or Defendant) | Determination |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - | [ ] 540 Mandamus & Other | **IMMIGRATION** | [ ] 871 IRS—Third Party | Under Equal Access |
| | Employment | [ ] 550 Civil Rights | [ ] 462 Naturalization Application | 26 USC 7609 | to Justice |
| | [ ] 446 Amer. w/Disabilities - | [ ] 555 Prison Condition | [ ] 463 Habeas Corpus – | | [ ] 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | [ ] 440 Other Civil Rights | | [ ] 465 Other Immigration | | |
| | | | Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1114; 15 USC 1125(a), (c).

Brief description of cause:
Infringement of federally registered trademarks and service marks

### VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ injunction/damages

CHECK YES only if demanded in complaint:

JURY DEMAND: [X] Yes [ ] No

### VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

### IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

- [ ] SAN FRANCISCO/OAKLAND
- [X] SAN JOSE

DATE
4/23/08

SIGNATURE OF ATTORNEY OF RECORD

1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    CHRISTOPHER R. BALL #111280
2   MARLEY DEGNER #251923
    50 Fremont Street
3   P.O. Box 7880
    San Francisco, California 94120-7880
4   Telephone: (415) 983-7231
    Facsimile: (415) 983-1200
5   Email: cball@pillsburylaw.com
    Email: marley.degner@pillsburylaw.com
6
    Attorneys for Plaintiff
7   THE BOARD OF TRUSTEES OF THE
    LELAND STANFORD JUNIOR UNIVERSITY
8

**ORIGINAL FILED**

**08 APR 23  PM 3: 20**

**RICHARD W. WIEKING**
**CLERK**
**U.S. DISTRICT COURT**
**NO. DIST OF CA S.J.**

E-FILING

ADR

                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  _____

12  THE BOARD OF TRUSTEES OF THE        )   Case No. **C 08 02117 EDL**
    LELAND STANFORD JUNIOR              )
13  UNIVERSITY,                         )   STANFORD'S COMPLAINT FOR
                                        )   TRADEMARK INFRINGEMENT,
14                    Plaintiff,        )   TRADEMARK DILUTION, FALSE
                                        )   DESIGNATION OF ORIGIN AND
15         vs.                          )   UNFAIR COMPETITION, ETC.
                                        )
16  STANFORD REHAB MEDICAL GROUP,       )   DEMAND FOR JURY TRIAL
                                        )
17                    Defendant.        )
                                        )
18  _____)

19         Comes now plaintiff, <u>THE BOARD OF TRUSTEES OF THE LELAND STANFORD</u>

20  <u>JUNIOR UNIVERSITY</u>, and alleges as follows:

21                          THE PARTIES

22         1.     The Board of Trustees of the Leland Stanford Junior University is a trust having

23  the powers of a California corporation under Section 94000 of the Education Code, with its

24  principal place of business in Palo Alto, California ("Stanford").

25         2.     Stanford is informed and believes, and on that ground alleges, that defendant

26  "Stanford Rehab Medical Group" ("defendant") is a California corporation with business

27  addresses in San Jose and Redwood City, California.

28

701050147v2                        - 1 -          STANFORD'S COMPLAINT FOR TRADEMARK
                                                              INFRINGEMENT, ETC
                                                              Case No. _____

1                                    JURISDICTION

2          3.      This Court has original jurisdiction over the federal claims alleged herein

3    pursuant to 28 U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. § 1121(a), as the claims arise under

4    the federal Trademark (Lanham) Act, 15 U.S.C. § 1051, *et seq.* The Court has supplemental

5    jurisdiction over the state law claims under 28 U.S.C. §§ 1338(b) and 1367 because the state

6    law claims are joined with substantial and related claims under federal laws, thus forming part

7    of the same case and controversy under Article III of the U.S. Constitution.

8                                        VENUE

9          4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because a

10   substantial part of the trademark and service mark infringement and dilution, trade name

11   infringement, unfair competition and other illegal conduct complained of herein has occurred

12   and is occurring in this judicial district, where Stanford maintains its primary place of business.

13                              INTRADISTRICT ASSIGNMENT

14         5.      Intradistrict assignment to the San Jose Division is appropriate under Civil Local

15   Rule 3-2(e) because a substantial part of the illegal conduct complained of herein has occurred

16   and is occurring in Santa Clara County, where the parties are located.

17                              GENERAL ALLEGATIONS

18                  Stanford's Long-Standing Rights in the "STANFORD" Marks

19         6.      Founded by former Governor Leland Stanford and his wife Jane in 1891,

20   Stanford is a premier educational institution that is world renowned. Stanford is comprised of a

21   number of graduate schools and associated research and clinical programs, including the

22   Stanford Medical Center, which itself is comprised of the Stanford School of Medicine, the

23   Stanford Hospital and a number of affiliated labs and clinics.

24         7.      The Stanford School of Medicine is a premier research-intensive medical school

25   that improves health through leadership and collaborative discoveries and innovation in patient

26   care, education and research. The Stanford Medical School is the oldest medical school in the

27   western United States, having been established in 1858 as the medical department of the

28   University of the Pacific. In 1908, the school was adopted as Stanford's School of Medicine

701050147v2                            - 2 -          STANFORD'S COMPLAINT FOR TRADEMARK
                                                                INFRINGEMENT, ETC.
                                                      Case No. _____

1    and, in 1959, it moved to the Stanford campus in Palo Alto.

2        8.      Since its founding, Stanford has continuously operated under the name and

3    trademark "STANFORD." For many years, Stanford has been operating the Stanford Medical

4    Center, the Stanford Medical School, the Stanford Hospital and its affiliated clinics and labs

5    under the STANFORD name and mark, causing the STANFORD name and trademark to

6    become famous and associated exclusively with Stanford.  Stanford operates websites at

7    <stanford.edu>; <med.stanford.edu> and <stanfordhospital.com>.

8        9.      Stanford owns a number of federal trademark and service mark registrations for

9    use in connection with a variety of goods and services, including the incontestable federal

10   trademark registrations listed below:

11       (a)     STANFORD (Reg. No. 2,194,918) for inpatient and outpatient medical

12   services (International Class 042);

13       (b)     STANFORD (Reg. No. 1,221,613) for educational services

14   (International Class 41), research services (International Class 42), paper goods

15   (International Class 16), clothing (International Class 25), and sporting goods

16   (International Class 28); and

17       (c)     STANFORD UNIVERSITY MEDICAL CENTER (Reg. No. 1,699,544)

18   for hospital services, medical services and medical research services (International

19   Class 042).

20       10.     The trademark and service mark registrations listed above are valid and

21   subsisting.  True and correct copies of the Federal Registration Certificates for these marks,

22   received from the United States Patent and Trademark Office ("PTO"), are attached to this

23   complaint as Exhibits A through C and incorporated herein by reference.  These registrations

24   constitute constructive notice of Stanford's rights in the STANFORD family of marks.

25       11.     In addition to its federally registered marks as alleged above, Stanford has

26   acquired common law rights in the STANFORD mark by virtue of (a) its extensive use of the

27   STANFORD mark to identify its services and goods in interstate commerce; (b) its investment

28   in publicizing and advertising its services and goods under the STANFORD mark and the

701050147v2                              - 3 -        STANFORD'S COMPLAINT FOR TRADEMARK
                                                      INFRINGEMENT, ETC.
                                                      Case No. _____

1    association between the STANFORD mark and Stanford; (c) the public's use and association of

2    the STANFORD mark to refer to services and goods provided by Stanford; and (d) Stanford's

3    efforts to protect its rights in the STANFORD marks. For purposes of this complaint, the term

4    "STANFORD marks" means all of Stanford's federal trademark and service mark registrations

5    and applications and common law trademark, service mark, and trade name rights.

6        12.    Stanford has spent substantial sums of money promoting the goods and services

7    rendered under the STANFORD marks in California and across the United States and the

8    world, creating in the public's mind an exclusive association between those marks and Stanford

9    as the source of high quality, leading edge medical, clinical, educational and research services.

10       13.    Through over a century of continuous use, advertising and promotion, Stanford

11   has created extensive and valuable goodwill in the STANFORD marks, causing the

12   STANFORD marks to become famous.

13       14.    The Stanford School of Medicine is a leader in medical and health research,

14   education and clinical programs. The Stanford School of Medicine has numerous world-

15   renowned research programs and centers, including the Stanford Cancer Center, the Stanford

16   Institute for Stem Biology and Regenerative Medicine, the Stanford Cardiovascular Institute,

17   and Neuroscience Institute at Stanford. The Stanford School of Medicine also offers outreach

18   and general educational programs for the public, such as the Stanford Weight Management For

19   Women Program.

20       15.    The Stanford Hospital and its affiliated clinics are known worldwide for their

21   advanced, state-of-the-art, high quality patient care and contributions to medical advances. The

22   Stanford Hospital and its clinics offer a wide range of services, from basic, primary care to

23   advanced treatments and procedures. Stanford Hospital provides general acute care and tertiary

24   medical care for patients and is the primary teaching hospital for the Stanford University

25   School of Medicine, training physicians and other medical professionals. The affiliated

26   Stanford clinics offer more than 100 specialty and subspecialty services areas, including

27   specialty clinics offering weight loss and weight management services, such as Stanford's

28   Center for Weight Loss Surgery, a surgical specialty clinic focused on weight loss treatment

701050147v2                              - 4 -                STANFORD'S COMPLAINT FOR TRADEMARK
                                                              INFRINGEMENT, ETC.
                                                              Case No. _____

1    and bariatric surgery.

2        16.    The Stanford Clinics are located at the Stanford Hospital, with satellite locations
3    throughout Palo Alto and the greater Bay Area, including various clinic sites in Menlo Park,
4    Palo Alto, Mountain View, Campbell and San Francisco. In addition, Stanford Hospital has
5    numerous patient services centers (for laboratory and pathology services), located in San Jose,
6    Redwood City, San Mateo, Palo Alto, Menlo Park, Los Altos, Mountain View, Sunnyvale,
7    Cupertino, Santa Clara, Los Gatos, Fremont and San Francisco, as well as numerous additional
8    sites located in the East Bay, South Bay and Central Coast of California.

9        17.    The STANFORD marks are famous, known throughout California, the United
10   States and the world for clearly and unmistakably calling to mind Stanford as the source of high
11   quality, leading edge medical, clinical, educational and research services, and other goods and
12   services. The STANFORD marks became famous long prior to defendant's adoption and
13   unlawful use of the name "Stanford Rehab."

14                    Defendant's Unlawful Infringement of the STANFORD Marks

15       18.    Stanford is informed and believes, and on the ground alleges, that defendant
16   currently operates one or more medical clinics which offer, among other things, weight loss and
17   weight management treatments and programs.

18       19.    Stanford is informed and believes, and on the ground alleges that defendant
19   operates a weight loss clinic under the names and marks "Stanford Rehab Medical Group"
20   and/or "Stanford Rehab Weight Loss Clinic" at 88 West Tully Road, Suite 110, San Jose,
21   California 95111, with additional business addresses at 1394 Tully Road, Suite 208, and 1460
22   Tully Road, Suite 602, in San Jose, California. Stanford is informed and believes, and on the
23   ground alleges that defendant recently opened a new weight loss clinic under the names and
24   marks "Stanford Rehab Medical Group" and/or "Stanford Rehab Weight Loss Clinic" at 801
25   Brewster Ave in Redwood City, California.

26       20.    Defendant is using the names and marks, "Stanford Rehab Medical Group" and/
27   or "Stanford Rehab Weight Loss Clinic," on exterior signs, business cards and in its
28   informational, marketing and promotional materials. Copies and photographs of a business

701050147v2                          - 5 -         STANFORD'S COMPLAINT FOR TRADEMARK
                                                   INFRINGEMENT, ETC.
                                                   Case No. _____

1     card, exterior signage and marketing materials are attached to this complaint as Exhibits D-F.

2     21.     Stanford is currently developing a site in Redwood City. The Redwood City site

3   of Stanford Hospital currently houses the Epic/ CIS team, Physician Referral, Clinic

4   Registration and Continuing Medical Education. When development is complete, the Campus

5   will include Orthopedic Surgery, Neurospine, the Sleep Center, Dermatology, the Pain Center,

6   a new Ambulatory Surgery Center and other clinic support.

7     22.     Stanford sent written notices to defendant on numerous occasions stating that

8   the use by defendant of the STANFORD name and mark is unauthorized, likely to cause

9   confusion and/or mistake, to deceive the public, and to dilute the distinctive quality of

10   Stanford's famous name and mark, thereby infringing on Stanford's rights under federal and

11   state law. Stanford received no response to its initial letters.

12     23.     On October 10, 2007, Stanford's counsel sent a letter to defendant demanding

13   that defendant immediately cease all use of the STANFORD name and mark.

14     24.     On October 19, 2007, Dr. Milliard Syverain of Stanford Rehab Medical Group

15   responded in writing, agreeing to cease all use of the STANFORD name and mark.

16   Specifically, the letter stated, "Your case is well understood. Therefore we have elected to be in

17   compliance with the request made to cease and desist all use of the Stanford name and mark."

18   Defendant's response further stated that the company was "in the process of asking the office

19   of the Secretary of State of California to dissolve that corporation under the banner of Stanford

20   Rehab Medical Group, PC."

21     25.     Stanford is informed and believes, and on that ground alleges, that to date

22   defendant's corporation "Stanford Rehab Medical Group" has not been dissolved and is still

23   active and in good standing, according to records of the California Secretary of State.

24     26.     Defendant continues to use the Stanford Rehab Weight Loss Clinic name and

25   mark on exterior signage at 88 West Tully Road, San Jose, California. Photographs taken in

26   March and April 2008, many months after defendant agreed to cease use of the Stanford mark,

27   are at Exhibit D.

28     27.     Stanford is informed and believes, and on that ground alleges, that defendant

701050147v2                 - 6 -            STANFORD'S COMPLAINT FOR TRADEMARK
                                                       INFRINGEMENT, ETC.
                                                       Case No. _____

1   continues to use business cards displaying the name and mark Stanford Rehab Medical Group.

2   A copy of a business card is attached at Exhibit E.

3       28.     Stanford sent several follow up letters to defendant from December 2007 to

4   March 2008, regarding its continued use of the STANFORD name and marks. Defendant has

5   not replied and has continued to use the STANFORD name and mark, thereby infringing

6   Stanford's rights.

7       29.     Consumers encountering the name "Stanford Rehab Medical Group" and/or

8   "Stanford Rehab Weight Loss Clinic" are likely to be confused about the origin of defendant's

9   services and mistakenly believe that defendant is affiliated with, or endorsed or sponsored by,

10  Stanford and/or the Stanford Hospital and its clinics and/or the Stanford University School of

11  Medicine.

12      30.     Defendant's use of the names and marks "Stanford Rehab Medical Group" and

13  "Stanford Rehab Weight Loss Clinic" has tarnished, and will continue to tarnish, Stanford's

14  registered and common law trademarks and dilutes the exclusive association in the public's

15  mind between those STANFORD marks and Stanford's high quality services, including its

16  world-renowned medical, clinical and health services.

17      31.     Stanford has neither authorized nor licensed defendant to use any STANFORD

18  mark or name in any manner.

19      32.     Stanford is informed and believes, and on that ground alleges, that defendant has

20  caused its unlawful use of the STANFORD marks to enter interstate commerce.

21      33.     Defendant has willfully and intentionally violated Stanford's rights in the

22  STANFORD marks and has intended to tarnish and/or dilute the distinctive quality of the

23  STANFORD marks.

24                          FIRST CLAIM FOR RELIEF

25          Infringement of Federally Registered Trademarks and Service Marks

26                      [Lanham Act § 32, 15 U.S.C. § 1114]

27      34.     Stanford incorporates the allegations of paragraphs 1 through 33 above as

28  though fully set forth in this paragraph.

701050147v2                      - 7 -            STANFORD'S COMPLAINT FOR TRADEMARK
                                                            INFRINGEMENT, ETC.
                                                 Case No. _____

1    35.    Defendant's activities constitute infringement of Stanford's rights in the

2    federally registered marks that Stanford owns and uses. Defendant's activities are without

3    Stanford's permission or authority. Defendant's infringing activities are likely to confuse and

4    deceive the public into believing that defendant, in operating under the name "Stanford Rehab,"

5    is in some way affiliated with Stanford, or that Stanford in some way sponsors or endorses

6    defendant's activities.

7    36.    Stanford has requested that defendant cease its acts of trademark, service mark,

8    and trade name infringement, and has given defendant actual notice of Stanford's federal

9    registrations. Despite such notice, defendant willfully refuses to cease its infringing acts.

10    37.    Defendant's conduct has damaged Stanford in an amount to be determined at

11    trial, and, unless restrained, will impair the value of the STANFORD marks.

12                            SECOND CLAIM FOR RELIEF

13                                    Dilution

14                      [Lanham Act § 43(a), 15 U.S.C. § 1125(c)]

15    38.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

16    though fully set forth in this paragraph.

17    39.    Defendant's unlawful activities, as alleged herein, dilute the distinctive quality

18    of Stanford's famous trademarks and lessen the relevant public's capacity to identify and

19    distinguish Stanford's products and services from defendant's products and services, in

20    violation of 15 U.S.C. Section 1125(c), and are likely to injure Stanford's business reputation.

21    Defendant's unlawful actions are without Stanford's permission or consent.

22    40.    Defendant's conduct has damaged Stanford in an amount to be determined at

23    trial, and, unless restrained, will impair the value of the STANFORD marks.

24                            THIRD CLAIM FOR RELIEF

25                            False Designation of Origin

26                      [Lanham Act § 43(a), 15 U.S.C. § 1125(a)]

27    41.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

28    though fully set forth in this paragraph.

701050147v2                            - 8 -
                                            STANFORD'S COMPLAINT FOR TRADEMARK
                                            INFRINGEMENT, ETC.
                                            Case No. _____

42. Defendant's unlawful actions, as alleged herein, including their use of the STANFORD name and mark in connection with an unauthorized weight loss clinic, constitutes a false designation of origin, a false or misleading description of fact and/or a false or misleading representation of fact that is likely to cause confusion, to cause mistake and to deceive as to the affiliation, connection or association of defendant, or defendant's goods and services, with Stanford or Stanford's goods and service, or as to the origin, sponsorship or approval of defendant's goods, services or commercial activities by Stanford, in violation of 15 U.S. C. Section 1125(a).

43. Defendant's prominent use of the STANFORD name and mark is likely to cause confusion, to cause mistake and to deceive consumers into concluding, falsely, that Stanford, in some manner, sponsors or endorses defendant's business operations or defendant's services and goods.

44. Defendant's unlawful actions are without Stanford's permission or consent.

45. Stanford has requested that defendant cease its unlawful acts and has given defendant actual notice of Stanford's trademark and service mark registrations, but defendant willfully refuses to cease its unlawful acts.

46. Defendant's conduct has damaged Stanford in an amount to be determined at trial, and, unless restrained, will impair the value of the STANFORD marks.

## FOURTH CLAIM FOR RELIEF

### Infringement of Registered Trademarks

### [California Bus. and Prof. Code § 14335]

47. Stanford incorporates the allegations of paragraphs 1 through 33 above as though fully set forth in this paragraph.

48. Defendant's activities constitute infringement of Stanford's rights in the federally registered marks that Stanford owns and uses. Defendant's infringing activities are without Stanford's permission or authority and are unlawful within the meaning of California Business and Professions Code section 14335(a). Defendant's unlawful actions are without Stanford's permission or consent.

1    49.    Stanford has requested that defendant cease its unlawful acts, and has given

2    defendant actual notice of Stanford's trademark and service mark registrations, but defendant

3    willfully refuses to cease its infringing acts.

4    50.    Defendant's conduct has damaged Stanford in an amount to be determined at

5    trial, and, unless restrained, will impair the value of the STANFORD marks.

6                                    FIFTH CLAIM FOR RELIEF

7                                              Dilution

8                            [California Bus. and Prof. Code § 14330]

9    51.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

10   though fully set forth in this paragraph.

11   52.    Defendant's unlawful actions as alleged herein are likely to injure Stanford's

12   business reputation and/or dilute the distinctive quality of Stanford's famous trademarks and

13   service marks, in violation of California Business and Professions Code section 14330.

14   53.    Defendant's conduct has damaged, and is damaging, Stanford in an amount to

15   be determined at trial, and, unless restrained, will impair the value of the STANFORD marks.

16                                   SIXTH CLAIM FOR RELIEF

17                                      Unfair Competition

18                       [California Bus. and Prof. Code § 17200 et seq.]

19   54.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

20   though fully set forth in this paragraph.

21   55.    Defendant's unlawful actions as alleged herein constitute unfair and unlawful

22   practices in violation of California Business and Professions Code section 17200 *et seq.* and

23   cause injury to Stanford and the public.

24   56.    Stanford has sustained injury in fact and lost money or property as a result of the

25   unfair and unlawful practices alleged herein.

26   57.    Defendant's conduct has damaged Stanford in an amount to be determined at

27   trial, and, unless restrained, will impair the value of the STANFORD marks.

28

701050147v2                              - 10 -        STANFORD'S COMPLAINT FOR TRADEMARK
                                                                    INFRINGEMENT, ETC.
                                                                    Case No. _____

1      SEVENTH CLAIM FOR RELIEF

2      Common Law Trademark Infringement

3      58.    Stanford incorporates the allegations of paragraphs1 through 33 above as though

4      fully set forth in this paragraph.

5      59.    Defendant's unlawful actions as alleged herein constitute infringement of

6      Stanford's common law rights in the trademarks and service marks that Stanford owns and

7      uses, in violation of federal and California common law.

8      60.    Stanford has requested that defendant cease its acts of trademark and service

9      mark infringement and has given defendant actual notice of Stanford's rights in the

10     STANFORD name and mark, but defendant willfully refuses to cease its infringing acts.

11     61.    Defendant's conduct has damaged Stanford in an amount to be determined at

12     trial, and, unless restrained, will impair the value of the STANFORD marks.

13     EIGHTH CLAIM FOR RELIEF

14     Common Law Unfair Competition

15     62.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

16     though fully set forth in this paragraph.

17     63.    Defendant's unlawful actions as alleged herein constitute unfair and unlawful

18     practices in violation of federal and California common law to the injury and detriment of

19     Stanford and the public.

20     64.    Defendant's conduct has damaged Stanford in an amount to be determined at

21     trial, and, unless restrained, will impair the value of the STANFORD marks.

22     NINTH CLAIM FOR RELIEF

23     Common Law Trade Name Infringement

24     65.    Stanford incorporates the allegations of paragraphs 1 through 33 above as

25     though fully set forth in this paragraph.

26     66.    Defendant's activities constitute trade name infringement in violation of

27     California common law to the injury of Stanford and the public.

28     67.    Defendant's conduct has damaged Stanford in an amount to be determined at

1    trial, and, unless restrained, will impair the value of the STANFORD marks.

2                                    PRAYER

3        WHEREFORE, Stanford prays:

4        1.      For permanent injunctions:

5                (a) pursuant to the powers granted to this Court in 15 U.S.C. section

6        1116, enjoining and restraining Stanford Rehab and its agents, servants and

7        employees from directly or indirectly using the STANFORD name, marks and

8        logos or any colorable imitation thereof, or any other terms that infringe or

9        dilute Stanford's STANFORD name, marks and logos in any manner;

10               (b) pursuant to the powers granted to this Court in 15 U.S.C. section

11       1118, ordering that all labels, signs, prints, business cards, stationery, packages,

12       wrappers, receptacles, websites, domain names and advertisements bearing the

13       STANFORD name, mark or logo, or any other colorable imitation thereof, or

14       any other terms that infringe or dilute Stanford's STANFORD family of marks

15       be destroyed;

16               (c) pursuant to the powers granted to this Court in California Business

17       and Professions Code section 17203, ordering that Stanford Rehab immediately

18       cease and desist using or making reference to the STANFORD mark and name

19       in any way so as to constitute unfair competition or deceptive, untrue, or

20       misleading advertising;

21               (d) pursuant to the powers granted to this Court in California Business

22       and Professions Code section 17203, enjoining and restraining Stanford Rehab

23       and its agents, servants and employees (1) from directly or indirectly using the

24       STANFORD marks and logos, or any other colorable imitation thereof, or any

25       other terms that infringe or dilute Stanford's STANFORD family of marks;

26       (2) from continuing any and all acts of unfair competition and unfair business

27       practice by using the STANFORD name, marks or logos or any other colorable

28       imitation thereof.

701050147v2                            - 12 -
                                                STANFORD'S COMPLAINT FOR TRADEMARK
                                                            INFRINGEMENT, ETC.
                                                Case No. _____

1          2.   That defendant file with this Court and serve upon Stanford within fifteen (15) days

2     after issuance of any injunction, a report in writing, under oath, setting forth in detail the

3     manner and form in which Stanford Rehab has complied with the injunction.

4          3.   That defendant be required to account to Stanford for any and all profits derived by

5     defendant from the use of the STANFORD name, marks and logos and for all damages

6     sustained by Stanford by reason of defendant's acts of infringement, dilution and unfair

7     competition complained of in this complaint.

8          4.   That the Court award Stanford:

9               (a) all damages sustained by reason of the wrongful acts complained of

10    herein;

11              (b) treble the amount of the actual damages suffered by Stanford under

12    15 U.S.C. § 1117;

13              (c) punitive damages against Stanford Rehab and in favor of Stanford,

14    by reason of defendant's intentional fraud and palming off, in an amount

15    according to proof;

16              (d) costs of this action;

17              (e) reasonable attorneys' fees, in that this is an exceptional case, within

18    the meaning of 15 U.S.C. § 1117(a); and

19              (f) such other and further relief as the Court shall deem just.

20                              DEMAND FOR JURY TRIAL

21         Plaintiff demands a jury trial for all claims as provided for in Federal Rule of

22    Civil Procedure 38.

23

24

25

26

27

28

701050147v2                          - 13 -          STANFORD'S COMPLAINT FOR TRADEMARK
                                                          INFRINGEMENT, ETC.
                                                          Case No. _____

1    Dated:  April 23, 2008.

2                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                             CHRISTOPHER BALL
3                              50 Fremont Street
                             P.O. Box 7880
4                              San Francisco, CA 94120-7880

5

6                              By _____
                                   Christopher R. Ball
7

8                              Attorneys for Plaintiff,
                             THE BOARD OF TRUSTEES OF THE LELAND
9                              STANFORD JUNIOR UNIVERSITY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT  A**

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

**United States Patent and Trademark Office**

**Reg. No. 2,194,918**

**Registered Oct. 13, 1998**

## SERVICE MARK
### PRINCIPAL REGISTER

## STANFORD

BOARD OF TRUSTEES OF LELAND STAN-FORD JUNIOR UNIVERSITY, THE (CALIFORNIA BODY CORPORATE POWERS)
900 WELCH ROAD
PALO ALTO, CA 94304

FOR: INPATIENT AND OUTPATIENT MEDICAL SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 0–0–1959; IN COMMERCE 0–0–1959.
OWNER OF U.S. REG. NOS. 1,219,912, 1,221,613, AND 1,699,544.
SEC. 2(F).

SER. NO. 75–261,226, FILED 3–21–1997.

ROBERT LORENZO, EXAMINING ATTORNEY

**EXHIBIT B**

**Int. Cls.: 16, 25, 28, 41 and 42**

**Prior U.S. Cls.: 22, 37, 38, 39, 100 and 107**

**United States Patent and Trademark Office**

Reg. No. 1,221,613
Registered Dec. 28, 1982

## TRADEMARK
## SERVICE MARK
### Principal Register

## STANFORD

The Board of Trustees of the Leland Stanford Junior University (California corporation)
Stanford University
Stanford, Calif. 94305

For: PAPER GOODS—NAMELY, WRITING PAPER AND ENVELOPES, PENS, PEN SETS, DESK SETS, CALENDARS, BINDERS, NOTEBOOKS, PENCILS, NAPKINS, LETTER OPENERS AND PHOTO ALBUMS, in CLASS 16 (U.S. Cls. 37 and 38).

First use 1960; in commerce 1960.

For: CLOTHING—NAMELY, SWEATSHIRTS, T-SHIRTS, SWEATERS, ROBES, HATS, SOCKS, JERSEYS, RUNNING SUITS, JACKETS, SHORTS, PONCHOS AND PANTS, in CLASS 25 (U.S. Cl. 39).

First use 1960; in commerce 1960.

For: SPORTING GOODS—NAMELY, TENNIS BALLS, GOLF BALLS, FOOTBALLS AND TOY FLYING SAUCERS FOR TOSS GAME, in CLASS 28 (U.S. Cl. 22).

First use 1960; in commerce 1960.

For: EDUCATIONAL SERVICES, TEACHING STUDENTS AT UNIVERSITY LEVEL, in CLASS 41 (U.S. Cl. 107).

First use 1891; in commerce 1891.

For: RESEARCH SERVICES, RENDERING RESEARCH SERVICES IN THE SCIENCES, ARTS AND THE LIKE, in CLASS 42 (U.S. Cl. 100).

First use 1891; in commerce 1891.

Sec. 2(f).

Ser. No. 254,867, filed Mar. 21, 1980.

J. H. WEBB, Examining Attorney

**EXHIBIT  C**

Int. Cl.: 42

Prior U.S. Cl.: 100

## United States Patent and Trademark Office

Reg. No. 1,699,544
Registered July 7, 1992

### SERVICE MARK
### PRINCIPAL REGISTER

## STANFORD UNIVERSITY MEDICAL CENTER

BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, THE (CALIFORNIA BODY HAVING CORPORATE POWERS)
STANFORD, CA 94305

FOR: HOSPITAL SERVICES, MEDICAL SERVICES AND MEDICAL RESEARCH SERVICES, IN CLASS 42 (U.S. CL. 100).
FIRST USE 0-0-1908; IN COMMERCE 0-0-1908.

OWNER OF U.S. REG. NO. 1,221,613.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "UNIVERSITY MEDICAL CENTER", APART FROM THE MARK AS SHOWN.
SEC. 2(F).

SER. NO. 74-058,248, FILED 5-14-1990.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY

**EXHIBIT D**





**EXHIBIT  E**



# STANFORD REHAB MEDICAL GROUP

## MILLIARD SYVERAIN, MD
### *Director; General Medicine*

# YVES-RENEE SYVERAIN, RN, BSN
### *Assistant Director*

Se Habla Español
88 W. Tully Road, Suite 110
San Jose, CA 95111

www.800thin.com
(408) 294-9234
Fax (408) 294-9390

# STANFORD REHAB MEDICAL GROUP



- *General Medicine*
- *Weight Loss*
- *Immigration Exams*
- *Lab Work*
- *Xrays*
- *Botox*

**EXHIBIT F**

Your _____ to the



**MOMENTO**
Spanish Yellow Pages
Páginas Amarillas En Español

Para Anunciarse Llame al:
For Advertisement Call:
1-800-999-9408

| Indice | Entretenimiento | Deportes || Periódicos || Horóscopo || Clima | Ace



**STANFORD REHAB MEDICAL GROUP**

ATENDEMOS A: **ADULTOS Y NIÑOS**

Clinica de Reducción de PESO.

Verá Que Bien Le Quedarán Sus Jeans Después De Perder 20-LIBRAS En Un Mes!!!

- Rapidísima Reducción de " Lonja en el Talle "
- Asombrosa Afinacion de Cintura
- Redondeo de Caderas
- Brazos más Esbeltos y Femeninos
- Rapidísima Eliminación de Papada

**SIN DUDA SE VERA MAS HERMOSA QUE NUNCA**

PAGANDO SOLO: **$65.00** x SEMANA

Todos los **JUEVES** Los Primeros 20 Pacientes **$40** x SEMANA

**PRIMERA CONSULTA GRATIS**

**EXAMEN PARA INMIGRACION**

**VIP Family Practice Plan.**
1. El costo del Programa es $250.00 por persona por año. Pagaderos en la primer visita
2. Despues Consultas limitadas por un costo de Solo $10.00
3. Obtenga descuentos en medicamentos y examenes de laboratorio.
( Llamenos para mas detalles del prgrama esto no es un seguro Medico )
no para Reducción de peso

Milliard, Syverain, MD
Director,
General Medicine

**BOTOX**
Botulinum Toxin Type A

Llame GRATIS **1-877-256-6324**

**REDWOOD CITY**
801 Brewster Ave Suite 220
Redwood City, CA 94063

**SAN JOSE**
1394 Tully Road, Oficina 208
San José, CA 95122

¡Vease 10 ó 20 años Más Joven !

© 2007 Momento Inc. All Rights Reserved.