


PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER R. BALL #111280
MARLEY DEGNER # 251923
50 Fremont Street
P.O. Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-7231
Facsimile: (415) 983-1200
Email: cball@pillsburylaw.com

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

FILED
E-FILING
2008 APR 23 P 3 19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

08 02117 EDL

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR
UNIVERSITY,

                  Plaintiff,

vs.

STANFORD REHAB MEDICAL GROUP,

                  Defendant.

Case No.

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: April 23, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER BALL
50 Fremont Street, P.O. Box 7880
San Francisco, CA 94120-7880

By _____
       Christopher R. Ball

Attorneys for Plaintiff,
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

701054783v1        - 1 -        CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No. _____