| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | CHRISTOPHER R. BALL #111280 |
| 2 | MARLEY DEGNER #251923 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-7231 |
|   | Facsimile: (415) 983-1200 |
| 5 | Email: cball@pillsburylaw.com |
|   | Email: marley.degner@pillsburylaw.com |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | THE BOARD OF TRUSTEES OF THE |
|   | LELAND STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | ) ) ) ) | Case No. C0802117 |
| Plaintiff, | ) ) ) | REQUEST TO CLERK TO ENTER DEFAULT |
| vs. | ) ) | Fed. R. Civ. Proc. 55(a) |
| STANFORD REHAB MEDICAL GROUP, | ) ) | Judge:  Hon. Elizabeth D. Laporte |
| Defendant. | ) ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff, THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY ("Stanford"), hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant "Stanford Rehab Medical Group" on the ground that said defendant has failed to answer, appear or otherwise respond to Stanford's Complaint for Trademark Infringement, Etc., filed April 23, 2008, within the time prescribed by the Federal Rules of Civil Procedure. Stanford served its Complaint on defendant on April 25, 2008, as evidenced by the proof of service of summons filed with this Court on May 5, 2008.  The above stated facts are set forth

1  in the accompanying declaration of Laura C. Gustafson, filed herewith.

2  Dated: July 9, 2008.

3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   CHRISTOPHER BALL
4  MARLEY DEGNER
   50 Fremont Street
5  P.O. Box 7880
   San Francisco, CA 94120-7880

6

7

   By _____s/ Christopher R. Ball_____
8
   Christopher R. Ball
9
   Attorneys for Plaintiff,
10 THE BOARD OF TRUSTEES OF THE
   LELAND STANFORD JUNIOR UNIVERSITY

11

12
   **Filer's Attestation:**
13
   I, Marley Degner, am the ECF user whose identification and password are being used to file
14 this **REQUEST TO CLERK TO ENTER DEFAULT**.  In compliance with General Order
   45.X.B, I hereby attest that Christopher Ball concurs in this filing.
15

16  By _____s/ Marley Degner_____

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER R. BALL  #111280
MARLEY DEGNER  #251923
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: cball@pillsburylaw.com
Email: marley.degner@pillsburylaw.com

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STANFORD REHAB MEDICAL GROUP,<br><br>Defendant. | Case No. C0802117<br><br>DECLARATION OF LAURA C. GUSTAFSON IN SUPPORT OF REQUEST TO CLERK TO ENTER DEFAULT<br><br>Fed. R. Civ. Proc. 55(a)<br><br>Judge: Hon. Elizabeth D. Laporte |

I, LAURA C. GUSTAFSON, declare as follows:

1. I am a member of the State Bar of California and an attorney at law duly admitted to practice before this Court. I am an associate with the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel for plaintiff, THE BOARD OF TRUSTEES OF THE LELAND STANFORD UNIVERSITY ("Stanford"). I have personal knowledge of the matters set forth in this declaration, except where stated on information and belief, in which case I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below. I make this declaration in support of Stanford's request that the clerk enter default in this action.

1    2.      Stanford commenced this action on April 23, 2008, when it filed its Complaint
2 for Trademark Infringement, Trademark Dilution, False Designation of Origin and Unfair
3 Competition, Etc. (the "Complaint").  In brief, the Complaint alleges that defendant has
4 infringed on Stanford's rights by operating a weight loss clinic under the names and marks
5 "Stanford Rehab Medical Group" and "Stanford Rehab Weight Loss Clinic."
6    3.      A copy of the Complaint and the Summons were served on defendant on April
7 25, 2008.  A true and correct copy of the proof of service is attached hereto as Exhibit A.
8    4.      Pursuant to Rule 12 of the Federal Rules of Civil Procedure, defendant's
9 answer to the Complaint was due to be filed with this Court and served on Stanford no later
10 than May 15, 2008 (i.e., 20 days after service).  The time for defendant to answer or otherwise
11 respond to the Complaint has expired, defendant's time to respond has not been extended, and
12 defendant is in default in pleading.
13    5.      Defendant is a corporation and thus is not a minor, incompetent person, or a
14 person in military service or otherwise exempted from default judgment under the Soldiers'
15 and Sailors' Civil Relief Act of 1940.
16    6.      I am informed and believe that defendant is not represented by counsel in this
17 matter.  After confirming with defendant that it was not represented by counsel, I have
18 communicated with Dr. Milliard Syverain, whom I am informed and believe serves as
19 president, secretary, and medical director of defendant corporation, in an effort to resolve this
20 action.  In those communications, I gave notice to defendant that defendant is in default and
21 that Stanford would be seeking entry of a default based on defendant's failure to respond to the
22 Complaint.  Attached to this declaration as Exhibit B is a true and correct copy of a letter I sent
23 to defendant on July 2, 2008, which states, among other things, "…while Stanford would
24 prefer to resolve this matter amicably, Stanford has no choice but to continue with its pending
25 action against Stanford Rehab Medical Group, including filing a petition with the Court for a
26 default judgment against you."  I also advised Dr. Syverain of Stanford's intent to seek entry
27 of default in a telephone call on July 1, 2008.
28

1       7.    As a result of defendant's default, Stanford requests entry of default in favor of Stanford and against defendant as set forth in the [Proposed] Default By Clerk, lodged herewith.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this declaration on July 9, 2008 in San Francisco, California.

                                                                         _____s/ Laura C. Gustafson_____
                                                                          Laura C. Gustafson

Attorney for Plaintiff,
THE BOARD OF TRUSTEES OF
THE LELAND STANFORD JUNIOR
UNIVERSITY

**Filer's Attestation:**

I, Marley Degner, am the ECF user whose identification and password are being used to file this **DECLARATION OF LAURA C. GUSTAFSON IN SUPPORT OF REQUEST TO CLERK TO ENTER DEFAULT**. In compliance with General Order 45.X.B, I hereby attest that Laura Gustafson concurs in this filing.

                                  By _____s/ Marley Degner

# EXHIBIT A

| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>CHRISTOPHER R. BALL (#111280)<br>MARLEY DEGNER (#251923)<br>50 FREMONT STREET<br>P.O. BOX 7880<br>SAN FRANCISCO, CALIFORNIA 94120-7880<br>Telephone: (415) 983-7231<br>Facsimile: (415) 983-1200<br>**Attorney(s) for:** PLAINTIFF,<br>THE BOARD OF TRUSTEES OF THE LELAND<br>STANFORD JUNIOR UNIVERSITY<br>Reference: 3018853 | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** ||
| STANFORD UNIVERSITY BOARD OF TRUSTEES<br>**Plaintiff (s)**<br><br>v.<br><br>STANFORD REHAB MEDICAL GROUP<br>**Defendant (s)** | CASE NUMBER: C08 02117EDL<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:
   a. ☒ summons   ☒ complaint   ☐ alias summons   ☐ first amended complaint
      in a civil action                                        ☐ second amended complaint
                                                              ☐ third amended complaint
   ☒ other *(specify)*: CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; ECF REGISTRATION INFORMATION HANDOUT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; (BLANK) STANDING ORDER RE CASE MANAGEMENT CONFERENCE; (BLANK) JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER; STANDING ORDER; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; (BLANK) DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; (BLANK) CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONICS FILING IN CASES WITH UNREPRESENTED PARTIES

2. Person served:
   a. ☒ Defendant *(name)*: STANFORD REHAB MEDICAL GROUP
   b. ☒ Other *(specify name and title or relationship to the party/business named)*: MILLIARDAIRE SYVERARIAN, MEDICAL DIRECTOR, ACCEPTED SERVICE OF PROCESS ON BEHALF OF STANFORD REHAB MEDICAL GROUP
   c. ☒ Address Where papers were served: **691 SEALE AVENUE, PALO ALTO, CA 94301**

3. **Manner of service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in item 2:

   a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least (12) years of age.

      1. ☒ **Papers were served on** *(date)*:   **APRIL 25, 2008**   at *(time)*:   **4:25PM**

   b. ☐ By **Substituted service**. By leaving copies:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

---

PROOF OF SERVICE-SUMMONS AND COMPLAINT                                                              1

CV-1 (04/01)

3. ☐ **Papers were served on** *(date):* _____ at *(time):* _____

4. ☐ **by mailing** (by first-class mail, postage prepaid) copies to the person served in item 2(b) at the place were the copies were left in Item 2(c).

5. ☐ **papers were mailed** on (date): _____

6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage pre-paid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P.4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, a mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of state requires a court order. **(Attach a copy of the order to this proof of service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt o other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.
   Name of person served:
   Title of person served:
   Date and time of service: *(date):* _____ at *(time):* _____
   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attached signed return receipt of other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.
7. Person serving *(name, address and telephone number)*:

**ISMAEL VELASCO/#908/SAN FRANCISCO**
**NATIONWIDE LEGAL, INC.**
**1255 POST STREET, SUITE #500**
**SAN FRANCISCO, CA 94109**
**(415) 351-0400**

a. Fee for service: $

b. ☐ Not a Registered California Process Server

c. ☐ Exempt from registration under B&P 2235(b)

d. ☒ Registered California Process Server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: APRIL 29, 2008

*(Signature)*

2

**PROOF OF SERVICE-SUMMONS AND COMPLAINT**

CV-1 (04/01)

# EXHIBIT B



50 Fremont Street
San Francisco, CA 94105
Tel 415.983.1000
Fax 415.983.1200

MAILING ADDRESS
P. O. Box 7880
San Francisco, CA 94120
www.pillsburylaw.com

July 2, 2008

Laura C. Gustafson
Phone: 415.983.6318
laura.gustafson@pillsburylaw.com

<u>Via Certified Mail - Return Receipt Requested</u>
<u>And Facsimile</u>

Dr. Milliard Syverain, M.D.
88 W. Tully Road, Suite 110
San Jose, CA 95111

Re:   *The Board of Trustees of the Leland Stanford Junior University v. Stanford Rehab Medical Group*, U.S. District Court for the Northern District of California – Case No. C08 02117 EDI

Dear Dr. Syverain:

This will confirm our telephone call of today and our previous correspondence in this matter. We are responding to you directly because you have indicated that you have not retained counsel to represent you in this matter. If this is not correct, please forward this letter to your attorney and have your attorney contact us.

We acknowledge your efforts to date to terminate use of the STANFORD name and mark. As we discussed, however, many months have passed since you initially agreed to terminate use of the STANFORD name and mark in October 2007, and your company has yet to fully comply. Accordingly, while Stanford would prefer to resolve this matter amicably, Stanford must take the necessary steps to protect its rights.

In October 2007, you represented that you would terminate all use of the STANFORD name and mark. We sent several follow up letters requesting proof of compliance; you neither provided proof of compliance nor responded in any way to our letters. Accordingly, after several attempts to resolve this matter amicably, Stanford was forced to file a federal trademark infringement action against Stanford Rehab Medical Group. In response to the pending action, you again represented that you had terminated all use of the STANFORD name and mark and would provide us with evidence of your termination. Despite several requests to you regarding compliance, the only documents which you have provided to us are the following: (i) a June 24, 2008, fax, which, as we discussed, displays a fax stamp (i.e. the fax header generated by your fax machine, which appears on all outgoing faxes from your office) reading "STANFORD MEDICAL

Dr. Milliard Syverain, M.D.
July 2, 2008
Page 2

GROUP"; and (ii) a June 6, 2008, fax enclosing a letter from the Secretary of State *rejecting* your name change request.

You have indicated that you are taking actions to properly effect the name change and correct the fax header and we look forward to receiving the proof of the completed name change and fax header correction. In the meantime, however, as we discussed, Stanford's federal action against you is still pending. To date, you have failed to fully terminate all use of the STANFORD name and mark, you have failed to sign or otherwise respond to our proposed Stipulated Judgment and you have failed to file an Answer to the Complaint. Accordingly, while Stanford would prefer to resolve this matter amicably, Stanford has no choice but to continue with its pending action against Stanford Rehab Medical Group, including filing a petition with the Court for a default judgment against you.

Very truly yours,

Laura C. Gustafson

| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | CHRISTOPHER R. BALL #111280 |
| 2 | MARLEY DEGNER #251923 |
|  | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|  | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-7231 |
|  | Facsimile: (415) 983-1200 |
| 5 | Email: cball@pillsburylaw.com |
|  | Email: marley.degner@pillsburylaw.com |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | THE BOARD OF TRUSTEES OF THE |
|  | LELAND STANFORD JUNIOR UNIVERSITY |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | ) ) ) ) | Case No. C0802117 |
| Plaintiff, | ) ) | PROOF OF SERVICE BY MAIL |
| vs. | ) ) | |
| STANFORD REHAB MEDICAL GROUP, | ) ) | |
| Defendant. | ) ) | |

I, Amara Getzell, the undersigned, hereby declare as follows:

1.   I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.   My  business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

3.   On July 9, 2008, I served a true copy of the attached documents titled exactly

- **REQUEST TO CLERK TO ENTER DEFAULT**
- **DECLARATION OF LAURA C. GUSTAFSON IN SUPPORT OF REQUEST TO CLERK TO ENTER DEFAULT**
- **[PROPOSED] DEFAULT BY CLERK**

701167378v1 — - 1 - — CERTIFICATE OF SERVICE BY MAIL
Case No. C0802117

1  by placing them in an addressed sealed envelope and depositing it in the United States mail,

2  first class postage fully prepaid, to the following:

3

**Stanford Rehab Medical Group**
4  **691 Seale Avenue**
**Palo Alto, CA  94301**
5

I declare under penalty of perjury that the foregoing is true and correct.  Executed this
6
9th day of July, 2008, at San Francisco, California.
7

8

9                                              s/ Amara Getzell
                                                                Amara Getzell
10
**Filer's Attestation:**
11
I, Marley Degner, am the ECF user whose identification and password are being used to file
12  this **CERTIFICATE OF SERVICE BY MAIL**.  In compliance with General Order 45.X.B, I
hereby attest that Amara Getzell concurs in this filing.
13

14                                      By             s/ Marley Degner

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY WINTHROP SHAW PITTMAN LLP
CHRISTOPHER R. BALL #111280
MARLEY DEGNER #251923
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-7231
Facsimile: (415) 983-1200
Email: cball@pillsburylaw.com

Attorneys for Plaintiff
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>STANFORD REHAB MEDICAL GROUP,<br><br>Defendant. | Case No. C0802117<br><br>[PROPOSED] DEFAULT BY CLERK<br><br>Fed. R. Civ. Proc. 55(a)<br><br>Judge: Hon. Elizabeth D. Laporte |

It appearing from the records in the above-entitled action that summons and complaint have been served upon defendant Stanford Rehab Medical Group, and it further appearing from the declaration of plaintiff's counsel and other evidence as required by F.R.C.P. 55(a), that the defendant has failed to plead or otherwise defend in said action as directed in said summons and as provided by the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the default of Stanford Rehab Medical Group is hereby <u>entered</u>.

Dated: July ___, 2008.

By _____
Deputy Clerk