**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

July 11, 2008

**RE:   THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY- v- STANFORD REHAB MEDICAL GROUP, Case No. C-08-2117-EDL**

**Default** is *entered* as to *Defendant Stanford Rehab Medical Group* on July 11, 2008.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo  
     Deputy Clerk

NDC TR-4  Rev. 3/89