| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|  | CHRISTOPHER R. BALL #111280 |
| 2 | MARLEY DEGNER #251923 |
|  | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|  | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-7231 |
|  | Facsimile: (415) 983-1200 |
| 5 | Email: cball@pillsburylaw.com |
|  | Email: marley.degner@pillsburylaw.com |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | THE BOARD OF TRUSTEES OF THE |
|  | LELAND STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No. C0802117 |
| Plaintiff, | CERTIFICATE OF SERVICE BY HAND DELIVERY |
| vs. | |
| STANFORD REHAB MEDICAL GROUP, | |
| Defendant. | |

I, Andrew Palacio, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Nationwide Legal in the City of San Francisco, California.

2. My business address is 1255 Post Street, Suite 500, San Francisco, CA 94102. My mailing address the same.

3. On July 29, 2008, I served a true copy of the attached document titled exactly

- **STANFORD'S RULE 7-11 ADMINISTRATIVE MOTION FOR ENTRY OF DEFAULT JUDGMENT**
- **[PROPOSED] DEFAULT JUDGMENT**

by placing them in an addressed sealed envelope clearly labeled to identify the attorney being served at the address shown below and delivering it to the attorney, or to the office of the attorney and leaving it with a receptionist or other person having charge thereof, or (if there was no such person at the office) by leaving it between 9 A.M. and 5 P.M. in a conspicuous place in the office. Such service was effected on the following attorney:

**Dr. Milliard Syverain**
**Stanford Rehab Medical Group**
**639 Tully Road, Suite G**
**San Jose, California**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2008, at San Francisco, California.

    s/ Andrew Palacio
    Andrew Palacio

**Filer's Attestation:**

I, Marley Degner, am the ECF user whose identification and password are being used to file this **CERTIFICATE OF SERVICE BY HAND DELIVERY**. In compliance with General Order 45.X.B, I hereby attest that Andrew Palacio concurs in this filing.

By     s/ Marley Degner