| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | CHRISTOPHER R. BALL #111280 |
| 2 | LAURA C. GUSTAFSON #191515 |
| | 50 Fremont Street |
| 3 | Post Office Box 7880 |
| | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-7231 |
| | Facsimile: (415) 983-1200 |
| 5 | Email: cball@pillsburylaw.com |
| 6 | Attorneys for Plaintiff |
| | THE BOARD OF TRUSTEES OF THE |
| 7 | LELAND STANFORD JUNIOR UNIVERSITY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | ) ) ) ) | Case No. C0802117 |
| Plaintiff, | ) ) | [PROPOSED] DEFAULT JUDGMENT |
| vs. | ) ) | |
| STANFORD REHAB MEDICAL GROUP, | ) ) | |
| Defendant. | ) ) | |

The default of defendant Stanford Rehab Medical Group having been entered by the Clerk of this Court on July 11, 2008 pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and the Court having reviewed the administrative motion for entry of default judgment filed by plaintiff The Board of Trustees of the Leland Stanford Junior University,

It is hereby <u>ADJUDGED</u>, <u>ORDERED</u> and <u>DECREED</u> as follows:

1. A permanent injunction is issued:

a) Enjoining and restraining defendant and its agents, servants, and employees from directly or indirectly using the STANFORD name, marks and logos or any colorable imitation thereof, or any other terms that infringe or dilute STANFORD'S name, marks and logos in any manner;

1  b) Requiring that all labels, signs, prints, business cards, stationery, packages, wrappers, receptacles, websites, domain names and advertisements bearing the STANFORD name, mark or logo, or any other colorable imitation thereof, or any other terms that infringe or dilute Stanford's STANFORD family or marks be destroyed;

c) Requiring that defendant cease and desist using or making reference to the STANFORD mark and name in any way so as to constitute unfair competition or deceptive, untrue, or misleading advertising;

d) Enjoining and restraining defendant and its agents, servants and employees (1) from directly or indirectly using the STANFORD marks and logos, or any other colorable imitation thereof, or any other terms that infringe or dilute Stanford's STANFORD family of marks; (2) from continuing any and all acts of unfair competition and unfair business practice by using the STANFORD name, marks or logos or any other colorable imitation thereof.

2. Defendant shall file with this Court and serve upon Stanford within fifteen (15) days a report in writing, under oath, setting forth in detail the manner and form in which defendant has complied with the injunctions issued above.

3. Plaintiff shall recover its costs.

4. Plaintiff shall recover $16,945.72 in reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

IT IS SO ORDERED.

Dated: _____.

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge