**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

    Plaintiff,                                          No. C08-02117  EDL

    v.                                                  CLERK'S NOTICE

STANFORD REHAB MEDICAL GROUP,

    Defendant.
_____/

     TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Default Judgment and the Case

Management Conference is scheduled for September 9, 2008 at 2:00 p.m. before Magistrate Judge

Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Any opposition to the

motion shall be served and filed no later than August 19, 2008. Reply, if any, shall be filed no later than

August 26, 2008.


Dated:  August 11, 2008

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk


                                        by:  _____
                                              Lili M. Harrell
                                              Courtroom Deputy